Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19833−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Awni M Elias | Nahieh Elias |
| 23 Barbour St | 23 Barbour St |
| Haledon, NJ 07508 | Haledon, NJ 07508 |

Social Security No.:
   xxx−xx−6815                                                xxx−xx−8742

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 21, 2018.

On 2/20/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:              March 21, 2019
Time:              08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 21, 2019
JAN: wdh

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-19833-VFP
Awni M Elias                                                    Chapter 13
Nahieh Elias
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2                  Date Rcvd: Feb 21, 2019
                              Form ID: 185               Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
db/jdb         +Awni M Elias,    Nahieh Elias,    23 Barbour St,    Haledon, NJ 07508-1448
cr             +Select Portfolio Servicing, Inc., as servicer for,     McCalla Raymer Leibert Pierce, LLC,
                 99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
cr              U.S. Bank NA, successor trustee to Bank of America,     P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517530351      +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517530352     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANKAMERICA,     PO BOX 982238,    EL PASO, TX 79998)
517640263      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517530357      +CHASE AUTO,   PO BOX 901003,    FT WORTH, TX 76101-2003
517530358      +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530370      +CHASE-TOYRUS,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530371      +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517530402     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: WEBBANK/DFS,     1 DELL WAY,    ROUND ROCK, TX 78682)
517530378      +DSNB MACYS,   PO BOX 8218,    MASON, OH 45040-8218
517530380      +FNB OMAHA,   PO BOX 3412,    OMAHA, NE 68103-0412
517530381      +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
517530383       RAYMOUR FLA,    CSCL DISPUTE TEAM N8235-04M,    DES MOINES, IA 50306
517530384       RYMR&FLNIGN,    CSCL DISPUTE TEAM N8235-04M,    DES MOINES, IA 50306
517530387      +SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
517597078      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517530400      +THD/CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517530401     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BK RMS CC,     PO BOX 108,    SAINT LOUIS, MO 63166)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 00:17:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 00:17:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:14:34
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,   Norfolk, VA 23541-1021
517530349      +E-mail/Text: ally@ebn.phinsolutions.com Feb 22 2019 00:16:08      ALLY FINANCIAL,
                 200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517530353      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2019 00:15:15      CAPITAL ONE,
                 PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517530356      +E-mail/Text: bankruptcy@cavps.com Feb 22 2019 00:17:31      CAVALRY PORT,    PO BOX 27288,
                 TEMPE, AZ 85285-7288
517631464      +E-mail/Text: bankruptcy@cavps.com Feb 22 2019 00:17:31      CAVALRY SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517530374      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 22 2019 00:16:55      COMENITY BANK/EXPRESS,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
517530375      +E-mail/Text: mrdiscen@discover.com Feb 22 2019 00:16:10      DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
517530377       E-mail/Text: mrdiscen@discover.com Feb 22 2019 00:16:10      DISCOVERBANK,    PO BOX 15316,
                 WILMINGTON, DE 19850
517530382      +E-mail/Text: bnc@nordstrom.com Feb 22 2019 00:16:22      NORDSTROM/TD BANK USA,
                 13531 E CALEY AVE,    ENGLEWOOD, CO 80111-6504
517530386      +E-mail/PDF: pa_dc_claims@navient.com Feb 22 2019 00:28:01      SALLIE MAE,    PO BOX 9655,
                 WILKES BARRE, PA 18773-9655
517530385      +E-mail/Text: ebn_bkrt_forms@salliemae.com Feb 22 2019 00:17:50      SALLIE MAE,    PO BOX 3229,
                 WILMINGTON, DE 19804-0229
517530388      +E-mail/Text: jennifer.chacon@spservicing.com Feb 22 2019 00:18:21      SPS,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517530389      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:14:34      SYNCB/BANANA REP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517530390      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:15:05      SYNCB/CARE CREDIT,
                 950 FORRER BLVD,    KETTERING, OH 45420-1469
517530391      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:14:06      SYNCB/GAP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517530392      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:15:05      SYNCB/GAPDC,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517530393      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:14:34      SYNCB/LORD & TAY,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
517530394      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:15:05      SYNCB/LOWES,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517530395      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:15:05      SYNCB/TJX COS,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517530396      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:14:06      SYNCB/TJX COS DC,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2019
                              Form ID: 185             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517659843         E-mail/Text: jennifer.chacon@spservicing.com Feb 22 2019 00:18:21
                   Select Portfolio Servicing, Inc.,    Bankruptcy Department,    P.O. Box 65250,
                   Salt Lake City, UT 84165-0250
517533071        +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:14:06      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517530398         E-mail/Text: bankruptcy@td.com Feb 22 2019 00:17:17      TD BANK N.A.,    32 CHESTNUT ST,
                   LEWISTON, ME 04240
517530397         E-mail/Text: bankruptcy@td.com Feb 22 2019 00:17:17      TD BANK N.A.,    70 GRAY RD,
                   PORTLAND, ME 04105
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517530350*       +ALLY FINANCIAL,    200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517530354*       +CAPITAL ONE,   PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517530355*       +CAPITAL ONE,   PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517530359*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530360*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530361*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530362*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530363*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530364*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530365*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530366*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530367*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530368*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530369*       +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517530372*       +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517530373*       +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517530376*       +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
517530379*       +DSNB MACYS,   PO BOX 8218,    MASON, OH 45040-8218
517530399*      ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                 (address filed with court:  TD BANK N.A.,    32 CHESTNUT ST,    LEWISTON, ME 04240)
                                                                                 TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
```
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee, et al.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, as trustee, phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
               for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle
               Bank NA, as trustee, on behalf of the registered holders of B phillip.raymond@mccalla.com
              Russell L. Low    on behalf of Debtor Awni M Elias rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Nahieh  Elias rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```