| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>    AWNI M ELIAS<br>    NAHIEH ELIAS | Order Filed on February 25, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Case No.:  18-19833 VFP

Hearing Date:  2/21/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 25, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): AWNI M ELIAS
NAHIEH ELIAS

Case No.: 18-19833

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/21/2019 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to extend Loss Mitigation Program by 2/28/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that an application to extend Loss Mitigation Program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 18-19833-VFP
Awni M Elias                                                    Chapter 13
Nahieh Elias
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1           Date Rcvd: Feb 25, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db/jdb         +Awni M Elias,    Nahieh Elias,    23 Barbour St,    Haledon, NJ 07508-1448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee, et al.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, as trustee, phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
               for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle
               Bank NA, as trustee, on behalf of the registered holders of B phillip.raymond@mccalla.com
              Russell L. Low    on behalf of Debtor Awni M Elias rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Nahieh  Elias rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7