| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 |
| IN RE:<br>　AWNI M ELIAS<br>　NAHIEH ELIAS |

Order Filed on March 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-19833 VFP

Hearing Date:  3/21/2019

Judge:  VINCENT F. PAPALIA

**Debtor is Entitled To Discharge**

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: March 26, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 18-19833 VFP

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 2/20/2019, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 6/1/2018, the Debtor shall pay the Standing Trustee

  the sum of $200.00 for a period of 60 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that Debtor must complete Loan Modification on 23 Barbour St Haledon property by 5/22/2019 or as extended through the courts Loss Mitigation Program. If loan modification not completed case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, The mortgage arrears are to be paid inside the plan pending completion of Loan Modification; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:
Awni M Elias
Nahieh Elias
    Debtors

Case No. 18-19833-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 26, 2019
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
db/jdb          +Awni M Elias,   Nahieh Elias,   23 Barbour St,   Haledon, NJ 07508-1448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
         Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, et al. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Melissa N. Licker   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2004-F NJ_ECF_Notices@McCalla.com
         Phillip Andrew Raymond   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2004-F phillip.raymond@mccalla.com
         Phillip Andrew Raymond   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of B phillip.raymond@mccalla.com
         Phillip Andrew Raymond   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, as trustee, phillip.raymond@mccalla.com
         Russell L. Low   on behalf of Debtor Awni M Elias rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         Russell L. Low   on behalf of Joint Debtor Nahieh  Elias rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 9