UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

  Awni & Nahieh Elias

Order Filed on August 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  _____18-19833_____

Chapter:  _____13_____

Judge:  _____VFP_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 29, 2019**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 15, 2018___ :

Property:                _____23 Barbour Street Haledon NJ 07508_____

Creditor:                _____SPS_____

and a Request for

☒   Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____,
     and for good cause shown

❑   Early Termination of the Loss Mitigation Period having been filed by _____,
     and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/22/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2