UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

Order Filed on August 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Awni & Nahieh Elias

Case No.: 18-19833

Chapter: 13

Judge: VFP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 29, 2019**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 15, 2018___:

Property:    ___23 Barbour Street Haledon NJ 07508___

Creditor:    ___SPS___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Russell L. Low___, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___11/22/19___.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Awni M Elias  
Nahieh Elias  
    Debtors

Case No. 18-19833-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 29, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.  
db/jdb        +Awni M Elias,   Nahieh Elias,   23 Barbour St,   Haledon, NJ 07508-1448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:

      Denise E. Carlon   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, et al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, et al. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Melissa N. Licker   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2004-F NJ_ECF_Notices@mccalla.com  
      Phillip Andrew Raymond   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2004-F phillip.raymond@mccalla.com  
      Phillip Andrew Raymond   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of B phillip.raymond@mccalla.com  
      Phillip Andrew Raymond   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, as trustee, phillip.raymond@mccalla.com  
      Russell L. Low   on behalf of Debtor Awni M Elias rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
      Russell L. Low   on behalf of Joint Debtor Nahieh Elias rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

          TOTAL: 10