**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, LLC**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorney for Debtors**

_____

| | | |
|---|---|---|
| In the Matter of: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Awni Elias & Nahieh Elias | : | Honorable Vincent F. Papalia |
| | : | CASE NO. 18-19833 |
| Debtor | : | CHAPTER 13 |

_____

### OBJECTION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

I, Russell L. Low, being of full age, hereby certify the following:

1. On September 14, 2018, a Loss Mitigation Order was entered concerning the property at 23 Barbour Street Haledon NJ 07508.

2. A Loss Mitigation Extension was extended until November 22, 2019.

3. On October 1, 2019 an Application for Early Termination was entered.

4. The debtor has produced documents for submission to the lender and would like to continue in the court ordered loss mitigation program.


Dated: October 4, 2019                                                            /s/ Russell L. Low, Esq.
                                                                                              **RUSSELL L. LOW, ESQ.**
                                                                                              Attorney for Debtor