Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19833−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Awni M Elias                                           Nahieh Elias
   23 Barbour St                                     23 Barbour St
   Haledon, NJ 07508                            Haledon, NJ 07508

Social Security No.:
   xxx−xx−6815                                      xxx−xx−8742

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/19 at 10:00 AM

to consider and act upon the following:

**63** − Application for Early Termination of Loss Mitigation Period. Filed by Phillip Andrew Raymond on behalf of Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of B. Objection deadline is 10/4/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Raymond, Phillip)

**64** − Objection to (related document:63 Application for Early Termination of Loss Mitigation Period. Filed by Phillip Andrew Raymond on behalf of Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of B. Objection deadline is 10/4/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Select Portfolio Servicing, Inc., as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of B) filed by Russell L. Low on behalf of Awni M Elias, Nahieh Elias. (Low, Russell)

Dated: 10/7/19

                                                                           Jeanne Naughton
                                                                           Clerk, U.S. Bankruptcy Court