UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com

In Re:

Awni M Elias and Nahieh Elias,

Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   __18-19833-VFP__

Chapter:    _____13_____

Judge:      __Vincent F. Papalia__

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/14/2018_____ :

Property:     23 Barbour Street, Haledon, NJ 07508_____

Creditor:     __Select Portfolio Servicing, Inc._____

and a Request for

- q   Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒   Early Termination of the Loss Mitigation Period having been filed by _____Secured Creditor_____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____October 1, 2019_____ .

*Revised 9/19/13*

2