Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−19833−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Awni M Elias                             Nahieh Elias
   23 Barbour St                            23 Barbour St
   Haledon, NJ 07508                 Haledon, NJ 07508

Social Security No.:
   xxx−xx−6815                             xxx−xx−8742

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/20 at 10:00 AM

to consider and act upon the following:

*69* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*71* − Certification in Opposition to (related document:69 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Awni M Elias, Nahieh Elias. (Low, Russell)

Dated: 12/23/19

                                                   Jeanne Naughton
                                                   Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Awni M Elias  
Nahieh Elias  
    Debtors

Case No. 18-19833-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 23, 2019  
                      Form ID: ntchrgbk    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.
```
db/jdb         +Awni M Elias,    Nahieh Elias,    23 Barbour St,    Haledon, NJ 07508-1448
cr             +Select Portfolio Servicing, Inc., as servicer for,    McCalla Raymer Leibert Pierce, LLC,
                 99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
cr              U.S. Bank NA, successor trustee to Bank of America,    P.O. Box 65250,
                 Salt Lake City, UT  84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:57:16
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, et al. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee, et al.
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of
               Bear Stearns Asset Backed Securities I Trust 2004-F NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
               for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle
               Bank NA, as trustee, on behalf of the registered holders of B phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, as trustee, phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered
               holders of Bear Stearns Asset Backed Securities I Trust 2004-F phillip.raymond@mccalla.com
              Russell L. Low    on behalf of Joint Debtor Nahieh  Elias rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Awni M Elias rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```