Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                      Case No.: 18−19833−VFP
                                                     Chapter: 13
                                                     Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Awni M Elias | Nahieh Elias |
| 23 Barbour St | 23 Barbour St |
| Haledon, NJ 07508 | Haledon, NJ 07508 |

Social Security No.:
   xxx−xx−6815                                               xxx−xx−8742

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on February 26, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 26, 2020
JAN: mcp

                                                                                  Jeanne Naughton
                                                                                  Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                              Case No. 18-19833-VFP
Awni M Elias                                                        Chapter 13
Nahieh Elias
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 3          Date Rcvd: Feb 26, 2020
                               Form ID: 148                Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db/jdb         +Awni M Elias,   Nahieh Elias,   23 Barbour St,   Haledon, NJ 07508-1448
cr             +Select Portfolio Servicing, Inc., as servicer for,   McCalla Raymer Leibert Pierce, LLC,
                 99 Wood Avenue, Suite 803,   Iselin, NJ 08830-2713
cr              U.S. Bank NA, successor trustee to Bank of America,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517640263      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517530357      +CHASE AUTO,   PO BOX 901003,   FT WORTH, TX 76101-2003
517530380      +FNB OMAHA,   PO BOX 3412,   OMAHA, NE 68103-0412
517530381      +KML Law Group, P.C.,   701 Market Street,   Philadelphia, PA 19106-1538
517530383       RAYMOUR FLA,   CSCL DISPUTE TEAM N8235-04M,   DES MOINES, IA 50306
517597078      +TD Bank, N.A.,   Payment Processing,   PO Box 16029,   Lewiston, ME 04243-9507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2020 00:59:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2020 00:59:37     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Feb 27 2020 04:58:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517530349      +EDI: GMACFS.COM Feb 27 2020 04:58:00     ALLY FINANCIAL,   200 RENAISSANCE CTR,
                 DETROIT, MI 48243-1300
517530351      +EDI: AMEREXPR.COM Feb 27 2020 04:58:00     AMEX,   PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
517530352       EDI: BANKAMER.COM Feb 27 2020 04:58:00     BANKAMERICA,   PO BOX 982238,   EL PASO, TX 79998
517530353      +EDI: CAPITALONE.COM Feb 27 2020 04:58:00     CAPITAL ONE,   PO BOX 30253,
                 SALT LAKE CITY, UT 84130-0253
517530356      +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 01:00:00     CAVALRY PORT,   PO BOX 27288,
                 TEMPE, AZ 85285-7288
517631464      +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 01:00:01     CAVALRY SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517530358      +EDI: CHASE.COM Feb 27 2020 04:58:00     CHASE CARD,   PO BOX 15298,   WILMINGTON, DE 19850-5298
517530370      +EDI: CHASE.COM Feb 27 2020 04:58:00     CHASE-TOYRUS,   PO BOX 15298,
                 WILMINGTON, DE 19850-5298
517530371      +EDI: CITICORP.COM Feb 27 2020 04:58:00     CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
517530374      +EDI: WFNNB.COM Feb 27 2020 04:58:00     COMENITY BANK/EXPRESS,   PO BOX 182789,
                 COLUMBUS, OH 43218-2789
517530402       E-mail/PDF: DellBKNotifications@resurgent.com Feb 27 2020 00:54:35     WEBBANK/DFS,
                 1 DELL WAY,   ROUND ROCK, TX 78682
517530375      +EDI: DISCOVER.COM Feb 27 2020 04:58:00     DISCOVER FIN SVCS LLC,   PO BOX 15316,
                 WILMINGTON, DE 19850-5316
517530377       EDI: DISCOVER.COM Feb 27 2020 04:58:00     DISCOVERBANK,   PO BOX 15316,   WILMINGTON, DE 19850
517530378      +EDI: TSYS2.COM Feb 27 2020 04:58:00     DSNB MACYS,   PO BOX 8218,   MASON, OH 45040-8218
517530382      +E-mail/Text: bnc@nordstrom.com Feb 27 2020 00:58:26     NORDSTROM/TD BANK USA,
                 13531 E CALEY AVE,   ENGLEWOOD, CO 80111-6504
517530384       EDI: WFFC.COM Feb 27 2020 04:58:00     RYMR&FLNIGN,   CSCL DISPUTE TEAM N8235-04M,
                 DES MOINES, IA 50306
517530386      +EDI: NAVIENTFKASMSERV.COM Feb 27 2020 04:58:00     SALLIE MAE,   PO BOX 9655,
                 WILKES BARRE, PA 18773-9655
517530385      +EDI: SALLIEMAEBANK.COM Feb 27 2020 04:58:00     SALLIE MAE,   PO BOX 3229,
                 WILMINGTON, DE 19804-0229
517530387      +EDI: SEARS.COM Feb 27 2020 04:58:00     SEARS/CBNA,   PO BOX 6282,   SIOUX FALLS, SD 57117-6282
517530388      +E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 01:00:49     SPS,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
517530389      +EDI: RMSC.COM Feb 27 2020 04:58:00     SYNCB/BANANA REP,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
517530390      +EDI: RMSC.COM Feb 27 2020 04:58:00     SYNCB/CARE CREDIT,   950 FORRER BLVD,
                 KETTERING, OH 45420-1469
517530391      +EDI: RMSC.COM Feb 27 2020 04:58:00     SYNCB/GAP,   PO BOX 965005,   ORLANDO, FL 32896-5005
517530392      +EDI: RMSC.COM Feb 27 2020 04:58:00     SYNCB/GAPDC,   PO BOX 965005,   ORLANDO, FL 32896-5005
517530393      +EDI: RMSC.COM Feb 27 2020 04:58:00     SYNCB/LORD & TAY,   PO BOX 965015,
                 ORLANDO, FL 32896-5015
517530394      +EDI: RMSC.COM Feb 27 2020 04:58:00     SYNCB/LOWES,   PO BOX 965005,   ORLANDO, FL 32896-5005
517530395      +EDI: RMSC.COM Feb 27 2020 04:58:00     SYNCB/TJX COS,   PO BOX 965005,   ORLANDO, FL 32896-5005
517530396      +EDI: RMSC.COM Feb 27 2020 04:58:00     SYNCB/TJX COS DC,   PO BOX 965015,
                 ORLANDO, FL 32896-5015
517659843       E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 01:00:49
                 Select Portfolio Servicing, Inc.,   Bankruptcy Department,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517533071      +EDI: RMSC.COM Feb 27 2020 04:58:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517530398       EDI: TDBANKNORTH.COM Feb 27 2020 04:58:00     TD BANK N.A.,   32 CHESTNUT ST,
                 LEWISTON, ME 04240
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Feb 26, 2020
                              Form ID: 148             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517530397         EDI: TDBANKNORTH.COM Feb 27 2020 04:58:00       TD BANK N.A.,    70 GRAY RD,    PORTLAND, ME 04105
517530400        +EDI: CITICORP.COM Feb 27 2020 04:58:00       THD/CBNA,    PO BOX 6497,
                   SIOUX FALLS, SD 57117-6497
517530401         EDI: USBANKARS.COM Feb 27 2020 04:58:00       US BK RMS CC,    PO BOX 108,    SAINT LOUIS, MO 63166
                                                                                               TOTAL: 37

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517530350        +ALLY FINANCIAL,    200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517530354*       +CAPITAL ONE,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517530355*       +CAPITAL ONE,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517530359*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530360*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530361*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530362*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530363*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530364*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530365*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530366*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530367*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530368*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530369*       +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517530372*       +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517530373*       +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517530376*       +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
517530379*       +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517530399*      ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                   (address filed with court:   TD BANK N.A.,    32 CHESTNUT ST,    LEWISTON, ME 04240)
                                                                                               TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, et al. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee, et al.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of
               Bear Stearns Asset Backed Securities I Trust 2004-F NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered
               holders of Bear Stearns Asset Backed Securities I Trust 2004-F phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
               for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle
               Bank NA, as trustee, on behalf of the registered holders of B phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
               America, NA, as trustee, phillip.raymond@mccalla.com
              Russell L. Low    on behalf of Debtor Awni M Elias ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Nahieh  Elias ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Feb 26, 2020
                              Form ID: 148             Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                          TOTAL: 10